**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

September 24, 2026

**Via ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Lorenzo Melian v. Blanche, et al.*, No. 26-12375 (MCA)**
**Status Update on Bond Hearing**

Dear Judge Arleo:

This Office represents the Respondents in the above-referenced immigration habeas matter brought by Petitioner, Leo Antonio Lorenzo Melian, challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We write pursuant to the Court's September 18, 2026, Order, ECF No. 2, directing Respondents to provide Petitioner a bond hearing within three (3) business days.

ICE has informed this Office that on September 23, 2026, an immigration judge granted Petitioner's release from ICE custody under bond of $35,000. Therefore, Respondents respectfully request the Court lift all transfer injunctions and close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

Case shall be closed.

cc: Counsel of record (via *electronic filing*)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/25/26